IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT SVEDISE,   No. C 07-2132 MJJ

    Plaintiff(s),   **ORDER OF CONDITIONAL DISMISSAL**

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____/

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

    IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (90) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. The Case Management Conference previously set for July 31, 2007 is VACATED.

Dated: 7/27/07

    MARTIN J. JENKINS
    United States District Judge