**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3               FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   VINCENT SVEDISE,                         No.  C 07-2132 MJJ

6            Plaintiff(s),                   **AMENDED ORDER OF CONDITIONAL**
                                             **DISMISSAL**
7       v.

8   UNITED STATES OF AMERICA,

9            Defendant(s).

10   _____/

11        The parties hereto, by their counsel, having advised the Court that they have agreed to a

12   settlement of this case,

13        IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,

14   however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of

15   service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has

16   not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be

17   restored to the calendar to be set for trial.  The Case Management Conference  previously set for

18   July 31, 2007 is VACATED.

19

20

21   Dated:    8/1/2007                       _____
                                             MARTIN J. JENKINS
22                                           United States District Judge

23

24

25

26

27

28