1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney

   150 Almaden Blvd., Suite 900
5  San Jose, California 95113
   Telephone: (408) 535-5044
6  FAX: (408) 535-5081
   James.Scharf@usdoj.gov

   Attorneys for Defendant
8  United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT SVEDISE,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. C 07-2132 MJJ<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT |

Plaintiff and defendant, through their counsel of record, hereby stipulate and agree that the above-referenced action against the United States of America is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure, Rule 41(a), and pursuant to the settlement agreement entered into by the parties to this action.

-1-

IT IS SO STIPULATED.

DATED: 8-23-07

Jerry E. Nastari
Attorney for Plaintiff

DATED: 9-7-07

SCOTT N. SCHOOLS
United States Attorney

JAMES A. SCHARF
Assistant United States Attorney
Attorney for Defendant

9/21/2007

IT IS SO ORDERED
Judge Martin J. Jenkins